CURRAN, SCOTT & COMPANY *v.* ROME IRON COMPANY.

SIMMONS, C. J.—It appearing that the evidence introduced before the jury in the justice's court was conflicting, and that counsel for the prevailing party at the trial in that court improperly commented on facts not in evidence, this court will not reverse a judgment of the superior court by which a *certiorari*, sued out by the losing party, was sustained and a new trial ordered.

*Judgment affirmed.*

April 8, 1895. By two Justices. Brought forward from the last term.

*Certiorari.* Before Judge HENRY. Floyd superior court. March term, 1894.

HENRY WALKER, for plaintiff.

A. G. EWING and J. W. EWING, for defendant.